**UNITED STATES of America,
Plaintiff-Appellee,**

**v.**

**Vance HOARD, a.k.a Bernard Hoard, a.k.a. Vance Holland, Defendant-Appellant.**

**No. 17-12612**

**Non-Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

(December 15, 2017)

Ryan Michael Christian, Lawrence R. Sommerfeld, U.S. Attorney Service—Northern District of Georgia, U.S. Attorney's Office, Atlanta, GA, for Plaintiff-Appellee

Kendal Silas, W. Matthew Dodge, Stephanie A. Kearns, Federal Defender Program, Inc., Atlanta, GA, for Defendant-Appellant

Before TJOFLAT, MARCUS, and ROSENBAUM, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Vance Hoard's plea agreement is GRANTED. *See United States v. Grinard-Henry*, 399 F.3d 1294, 1296 (11th Cir. 2005); *United States v. Bushert*, 997 F.2d 1343, 1350–51 (11th Cir. 1993) ("[F]or a waiver to be effective it must be knowing and voluntary.").